IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

THOMAS HARRISON,

      Plaintiff,

v.                                                                No. 1:20-cv-01274-JDB-cgc

ANDREW SAUL, Commissioner of
Social Security,

      Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

_____

Pending before the Court is the motion of counsel for the Plaintiff, Thomas Harrison, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (Docket Entry ("D.E.") 15.)  On July 6, 2021, pursuant to an order of reference, United States Magistrate Judge Charmiane G. Claxton issued a report and recommendation, recommending that the motion be granted and that Plaintiff's counsel be awarded fees in the amount of $623.34.  (D.E. 18.)

As no objections to the magistrate judge's report and recommendation have been filed and the time for such objections has expired, and upon review of the record, the report and recommendation is hereby ADOPTED and the motion for attorney's fees in the amount of $623.34 is GRANTED.  As Harrison has assigned these monies to his counsel, they shall be made payable to his attorney, Charles L. Holliday.  In the event, however, that Harrison owes a debt to the United States that is subject to offset, the entire EAJA fee award shall be made payable to Plaintiff and the fee will be used to offset the debt.  *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

1

IT IS SO ORDERED this 26th day of July 2021.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE